CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL (Rev. 5/99)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED RALPH DIMATTEO, SR. | | VOUCHER NUMBER |
|---|---|---|---|

| 3. MAG. DKT./DEF. NUMBER 12-2574-4(DEA) | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|

| 7. IN CASE/MATTER OF (Case Name) USA V. GIORGIANNI, et al., | 8. PAYMENT CATEGORY ✓ Felony    Petty Offense    Misdemeanor    Other    Appeal | 9. TYPE PERSON REPRESENTED ✓ Adult Defendant   ☐ Appellant    Juvenile Defendant   ☐ Appellee    Other | 10. REPRESENTATION TYPE (See Instructions) CC |
|---|---|---|---|

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) *If more than one offense, list (up to five) major offenses charged, according to severity of offense.*
21:846 - CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE

| 12 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Darren M. Gelber, Esq.
90 Woodbridge Center Drive, Suite 900, Box 10
Woodbridge, NJ 07095

Telephone Number :                     732-855-6006 | 13. COURT ORDER

☑ O Appointing Counsel          C  Co-Counsel
☐ F  Subs For Federal Defender   R  Subs For Retained Attorney
☐ P  Subs For Panel Attorney     Y  Standby Counsel

Prior Attorney's Name:
   Appointment Dates:
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

*(signature)*
Signature of Presiding Judicial Officer or By Order of the Court
9-11-12
Date of Order                         Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time appointment.   ☐ YES   ☐ NO |
|---|---|

| 14 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | |
|---|---|

| **CLAIM FOR SERVICES AND EXPENSES** | | | **FOR COURT USE ONLY** | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15.   a. Arraignment and/or Plea | | | | | |
|     b. Bail and Detention Hearings | | | | | |
|     c. Motion Hearings | | | | | |
| In   d. Trial | | | | | |
|     e. Sentencing Hearings | | | | | |
|     f. Revocation Hearings | | | | | |
|     g. Appeals Court | | | | | |
|     h. Other (Specify on additional sheets) | | | | | |
|     (RATE PER HOUR = $          )     TOTALS: | | | | | |
| 16.   a. Interviews and Conferences | | | | | |
|     b. Obtaining and reviewing records | | | | | |
| Out of  c. Legal research and brief writing | | | | | |
|     d. Travel time | | | | | |
|     e. Investigative and other work (Specify on additional sheets) | | | | | |
|     (RATE PER HOUR = $          )     TOTALS: | | | | | |
| 17.  Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18.  Other Expenses (other than expert, transcripts, etc.) | | | | | |
| **GRAND TOTALS (CLAIMED AND ADJUSTED):** | | | | | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE

TO: | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|---|

22. CLAIM STATUS    ☐ Final Payment    ☐ Interim Payment Number _____    ☐ Supplemental Payment

Have you previously applied to the court for compensation and/or reimbursement for this   ☐ YES   ☐ NO   If yes, were you paid?   ☐ YES   ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.

Signature of Attorney _____    Date _____

| **APPROVED FOR PAYMENT — COURT USE ONLY** | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | | DATE | | 28a. JUDGE/MAG. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | DATE | | 34a. JUDGE CODE |