UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2574 (DEA) |
| RALPH DIMATTEO, SR. | : | CONTINUANCE ORDER |

RECEIVED MAR 13 2013 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorneys), and defendant Ralph Dimatteo, Sr., through his attorney, Darren Gelber, Esq., for an order granting a continuance of the proceedings in the above-captioned matter so that the defendant will have additional time to consult with counsel, to review and consider pre-indictment discovery made available or to be made available by the Government, and to otherwise explore a possible pre-indictment resolution to this matter; and the defendant, through his counsel, having represented to the Government that an ongoing medical condition has delayed his ability to participate in plea negotiations with the Government; and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance and waived such right; and this being the fourth continuance sought by the parties, and for good cause shown;;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has requested additional time to consult with counsel, to review and consider pre-indictment discovery made available or to be made available by the Government, and to otherwise explore possible pre-indictment resolutions;

(2) The defendant, through his counsel, has represented to the Government that an ongoing medical condition has delayed his ability to participate in plea negotiations with the Government;

(3) The United States and the defendant have jointly represented that the parties desire additional time to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 13th day of March, 2013,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including April 12, 2013; and it is further

ORDERED that the period from the date this order is signed through and including April 12, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

_____
Darren Gelber, Esq.
Counsel for Ralph Dimatteo, Sr.