UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Douglas E. Arpert |
| v. | : | Mag. No. 12-2574 (DEA) |
| RALPH DIMATTEO, SR. | : | <u>CONTINUANCE ORDER</u> |

RECEIVED OCT 09 2013 DOUGLAS E. ARPERT U.S. MAGISTRATE JUDGE

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Eric W. Moran and Matthew J. Skahill, Assistant U.S. Attorneys), and defendant Ralph Dimatteo, Sr., through his attorney, Darren Gelber, Esq., for an order granting a continuance of the proceedings in the above-captioned matter because a medical condition has rendered the defendant physically unable to engage in meaningful discussions with his attorney, to participate in pre-indictment plea negotiations with the Government or to stand trial; and the defendant being aware that he has the right to have the matter submitted to a grand jury within thirty days of the date of his initial appearance pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to the continuance and waived such right; and this being the eigth continuance sought by the parties, and for good cause shown;

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The defendant, through his counsel, has represented to the Government that a medical condition has rendered him physically unable to engage in meaningful discussions with his attorney, to participate in pre-indictment plea negotiations with the Government or to stand trial;

1

(2) The United States and the defendant have jointly represented that the parties desire additional time, upon the defendant's recovery, to discuss a pre-indictment resolution to this matter, which would render any subsequent trial of this matter unnecessary; and

(3) Pursuant to Title 18, United States Code, Sections 3161(h)(4) and 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 9th day of October, 2013,

ORDERED that this action be, and it hereby is, continued from the date this order is signed through and including December 16, 2013; and it is further

ORDERED that the period from the date this order is signed through and including December 16, 2013 shall be excludable in computing time under the Speedy Trial Act of 1974, Title 18, United States Code, Sections 3161(h)(4) and 3161(h)(7)(A).

_____
HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Form and entry
consented to:

_____
Eric W. Moran
Matthew J. Skahill
Assistant U.S. Attorneys

_____
Darren Gelber, Esq.
Counsel for Ralph Dimatteo, Sr.