UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Mag. No. 12-2574 (DEA) |
| RALPH DIMATTEO, SR. | ORDER FOR DISMISSAL |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint, Mag. No. 12-2574 (DEA), against defendant Ralph Dimatteo, Sr., charging the defendant with conspiracy to distribute and possess with intent to distribute oxycodone, contrary to Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), in violation of Title 21, United States Code, Section 846, because of the death of the defendant.

*Paul J. Fishman/rah*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge

Dated: 12/19/13